1
2
3
4
5                   UNITED STATES DISTRICT COURT
6                 SOUTHERN DISTRICT OF CALIFORNIA
7
8    UNITED STATES OF AMERICA,              Case No.: 15-CR-2152-WQH
9                        Plaintiff,
                                            ORDER AND JUDGMENT TO
10        v.                                DISMISS INFORMATION
                                            WITHOUT PREJUDICE
11   ARIANNA RUBIN,
12                       Defendant.
13
14

15
16        Upon motion of the United States of America and good cause appearing,
17        IT IS HEREBY ORDERED that the Information in the above-entitled case be
18   dismissed without prejudice.
19        IT IS SO ORDERED.
20
     Dated:  December 1, 2015
21
                                            _William Q. Hayes_
22                                          Hon. William Q. Hayes
                                            United States District Court
23
24
25
26
27
28